UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TAUFEEQ LEE,

    Plaintiff,

vs.

RUTH OESTREICH,

    Defendant.

Case No. 3:24-cv-194

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) DISMISSING CASE WITHOUT PREJUDICE; AND (2) TERMINATING THIS CASE ON THE DOCKET**

---

This civil case is before the Court on Plaintiff Taufeeq Lee's motion to dismiss without prejudice pursuant to Fed. R. Civ. P. 41(a). Summons was not issued as to Defendant Ruth Oestreich in this case. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, and **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

  October 8, 2024                      /s *Michael J. Newman*
                                                       Hon. Michael J. Newman
                                                       United States District Judge